■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT DIBERARDINO, Appellant. [857 NYS2d 517]—Judgment, Supreme Court, New York County (Michael J. Obus, J.),

rendered on or about May 31, 2007, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Sweeny, Moskowitz and DeGrasse, JJ.